**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

_____

**In re:**

    **Andrea K. Shader,**                                  **Chapter 7 Case**
            **Debtor**                                          **# 10-10480**

_____

Filed & Entered
On Docket
March 28, 2012

**Paper Mill Village, Inc.,**
            **Plaintiff,**
      **v.**                                               **Adversary Proceeding**
                                                                 **# 10-1025**

**Andrea Kontrovitz Shader,**
            **Defendant.**

_____

## ORDER
### DISMISSING ADVERSARY PROCEEDING

       On January 30, 2012, John J. Kennelly of Pratt Vreeland Kennelly Martin & White, Ltd., filed a notice of withdrawal as attorney on behalf of Plaintiff, Paper Mill Village, Inc. (the "Plaintiff") (doc. # 40). The Court held a hearing on the notice of withdrawal on February 21, 2012. On February 23, 2012, the Court issued an Order to Show Cause (doc. # 45), which instructed the Plaintiff to appear and show cause why this adversary proceeding should not be dismissed based upon the fact that the Plaintiff is a corporate entity and had no counsel representing it in the adversary proceeding. See Jones v. Niagara Frontier Transp. Authority, 722 F.2d 20, 22-23 (2d Cir. 1983) (affirming district court's dismissal of a pro se complaint by an artificial entity unless the entity obtained counsel within 45 days). On March 27, 2012, the Court held a hearing on the Order to Show Cause at which the Defendant appeared. However, no person representing the Plaintiff, attorney or otherwise, appeared.

       Accordingly, IT IS HEREBY ORDERED, this adversary proceeding is dismissed.

       SO ORDERED.

March 27, 2012                                                                         Colleen A. Brown
Rutland, Vermont                                                             United States Bankruptcy Judge